# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00476-CR

**The State of Texas, Appellant**

**v.**

**Terry Linn Farr, Appellee**

### FROM THE COUNTY COURT OF MILAM COUNTY
### NO. CR 31,891, HONORABLE DAVID L. BARKEMEYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant The State of Texas notified us that it no longer wishes to pursue this appeal and filed a motion to dismiss by withdrawing its notice of appeal. The State's motion to withdraw its notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   September 26, 2013

Do Not Publish